[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

EC JAN 17 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Milan Knox

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

T. Byrne # 10885

1:19-cv-00342
Judge Robert W. Gettleman
Magistrate Judge Young B. Kim

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

 ✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Milan Knox

    B. List all aliases: NONE

    C. Prisoner identification number: —

    D. Place of present confinement: NONE

    E. Address: 22227 Brookwood Dr Sauk Village IL 60411

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: T. Byrne #10885

    Title: deputy Sheriff of Cook County

    Place of Employment: 16501 S. Kedzie Markham IL 60428

    B. Defendant: ___

    Title: ___

    Place of Employment: ___

    C. Defendant: ___

    Title: ___

    Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

10-5561, 10-6267, 01-5501, 10-7784, 02-1812, 03-7980, 03-8199
01C7784, 11C7759, 12C4909, 14C983, 14 CV 7273, 2016130367
17-CV-1316, 18C5588     Appeal No. 18-2989

3     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

   State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 22, 2013, Office T. Byrne arrested Milan Knox for putting a water bottle on the floor after going throught the Scanner at the Markham Courthouse located at 16501 S. Kedzie in Markham Illinois. There was no garbage can, and I, Milan Knox could not go throught the scan with the water bottle. Officer Byrne approached me and began to search me, twisting my arm causing intense pain, even though I did not resist arrest in any way. He searched my wallet without my permission, refused me to obtain medical treatment for Post Traumatic Syndrome, as well as injuries that occurred during the arrest. I was not read my Miranda Right, nor was I allowed a telephone call, which would have allowed me to call my attorney. While downstairs standing before the lockup officer, Sergeant Parker, Office T. Byrne, badge #10885, told me, "I'll Knock the damn braids out your head" - Police Misconduct / Excessive Force / equal Protection / Amendment Due Process of the Law / Defamation / Falsifying Police reports /

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Perjury on paperwork/obstruction of Justice/Signed and sworn to a Police report that wasn't true. The Video from May 22, 2013 at 8:20am to 9:30am The Video will tell what happened. Since Knox disabilities is over with. Police reports for Ex(1)(2)(3) and the Certified Statement of conviction/Disposition. Ex-(4).

No repercussions from this lawsuit from the Cook County Sheriff Department, and take this off my background sheet.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pain and Suffenring from going through this ordeal and in Maximum Security, Mental anguish my thoughts in mind would never be the same, lock up with only with people with Murders, the nightmare would never go away, Knox is asking for exemplary damages as well 8 Million dollars in damages to Milan Knox, Plus attorney free Under 42 USC 1983 and any other relief.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this January day of 17th , 20 19

Milan Knox
(Signature of plaintiff or plaintiffs)

Milan Knox
(Print name)

_____
(I.D. Number)

Milan Knox
22227 Brookwood Dr Sauk
(Address) Village Ill 60411

| 6TH DIST | 04 JUN 2013 | IL0160000 |
|---|---|---|
| (Court Branch # or District #) | (Court Date/Time) | (Arresting Agency #) |

ORIGINAL

**MISDEMEANOR COMPLAINT** (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)      (Rev. 12/7/00) CCCR 0655

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

                                            Plaintiff

v.        NO. 13MC6004617

KNOX, MILAN

                                            Defendant.

D/S T. BYRNE # 10885 C.C.S.D. _____ complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states the following:

That: KNOX, MILAN of 2227 BROOKWOOD DRV SAUK VILLAGE has, on or about
        (defendant)                                 (address)

22 MAY 2013 at the location of DISTRICT SIX MARKHAM COURT FACILITY
   (date)                                     (place of offense)

committed the offense(s) of LITTERING

in that he/she KNOWINGLY AND UNLAWFULLY THREW HIS SHOPPING BAG CONTAINING WATER AND FOOD TO THE FLOOR. D/S BYRNE ORDERED HIM TO PICK UP HIS BELONGINGS. KNOX, MILAN REFUSED AND BECAME COMBATIVE

in violation of 415 Illinois Compiled Statutes 105.0 / 4
             (Chapter)                                  (Act)         (Sub Section)

**AOIC Code**

[ ][ ][ ][ ][ ][ ][ ]

                                                    10885
                                              (Complainant's Signature)
                                      16501 S KEDZIE PKWY MARKHAM IL 60428
                                               (Complainant's Address)
                                                   708-232-4435

STATE OF ILLINOIS } ss:
COOK COUNTY                                (Complainant's Telephone)
                                         D/S T. BYRNE # 10885 C.C.S.D.
                                      (Complainant's Name Printed or Typed)

The complainant, being first duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

                                                        10885
                                              (Complainant's Signature)

Subscribed and sworn to before me on this 22 day of MAY, 2013
                                           D. Brown       #10885
                                               (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED,    Judge _____
    or                                                                      Judge's No.

WARRANT ISSUED,    Bail set at: _____
    or

BAIL SET AT: _____ Judge _____
                                                                           Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Ex-(1)

**Cook County Sheriff**

| 6th | 550/CCSPD | 04 JUN 2013 CRT RM # 201 | ORIGINAL | 16501 S. Kedzie |
|---|---|---|---|---|
| (Court Branch # or District #) | (Arresting Agency #) | (Court Date/Time) | | Markham IL. 60428 |

MISDEMEANOR COMPLAINT (This form replaces CCG-0655, CCMC-0222 & CCMC-0225) (Rev. 2/11/04)CCCR-0655

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Class A

The People of State of Illinois,
Plaintiff

-v-

MILAN KNOX
Defendant

Cook County Sheriff
No. **13MC6004617**

Sheriff's Police Case #13-534099

D/S T. BYRNE # 10885
(Complainants Name Printed or Typed)

complainant, now appears before

The Circuit Court of Cook County and states the following:

That: MILAN KNOX (defendant) of 2227 BROOKWOOD DRV SAUK VILLAGE, IL 60411 (address) has, on or about

5/22/2013 (date) at the location of 16501 S KEDZIE PKWY DISTRICT SIX MARKHAM (place of offense)

committed the offense(s) of Assault in that he without lawful authority, knowingly took an agressive stance, lunged forward and stated " you ain't bad" , thereby placing D/S T. BYRNE C.C.S.D. in full uniform in reasonable apprehension of receiving a battery.

in violation of 720 (Chapter) Illinois Compiled Statutes 5 (Act) / 12-1(a) (SubSection)

AOIC Code: 0 9 2 0 0 0 0

X D/S [signature] 10885
(Complainants Signature)

16501 S KEDZIE PKWY MARKHAM, IL 60428
(Complainants Address)

708-232-4435
(Complainants Telephone)

D/S T. BYRNE # 10885
(Complainants Name Printed or Typed)

STATE OF ILLINOIS } ss:
COOK COUNTY

The Complainant, being duly sworn on oath, deposes and says that he read the foregoing complaint by him subscribed and that the same is true.

[signature] 10885
(Complainants Signature)

Subscribed and sworn before me on this 22 day of MAY 2013

D. BROWN / [signature]   #10384
(Judge's/Clerk's/Law Enforcement Officer's Signature)   (Law Enforcement Officer's Badge Number)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED   Judge _____
or
WARRANT ISSUED   Bail set at: _____   Judge's No.
or
BAIL SET AT: _____ Judge _____
Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**CIRCUIT CLERK COPY**

Ex-(2)

| Cook County Sheriff | | | | |
|---|---|---|---|---|
| 6th | IL0160000 | 21 may 13 | | MARKHAM DISTRICT |
| (Court Branch # or District #) | (Arresting Agency #) | (Court Date/Time) | | SIX 16501 S KEDZIE PKWY. MARKHAM IL. |
| MISDEMEANOR COMPLAINT | (This form replaces CCG-0655, CCMC-0222 & CCMC-0225) | | | (Rev. 2/11/04)CCCR-0655 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois, Plaintiff

-v-

milan knox

Defendant

Cook County Sheriff
NO. 13MC6004617

sheriff Case #

D/S BYRNE #10885 complainant, now appears before
(Complainants Name Printed or Typed)

The Circuit Court of Cook County and states the following:

That: milan knox of 2227 BROAWWAY SAUK VILLAGE, IL 60411 has, on or about
(defendant) (address)

5/22/2013 at the location of 16501 S. KEDZIE MARKHAM IL,
(date) (place of offense)

committed the offense(s) of Obstructing Justice in that he

with the intent to prevent or conceal His identity, refused to give his name to D/S Byrne #10885 a uniformed Peace Officer engaged in his official duties.

in violation of 720 Illinois Compiled Statutes 5 31-4
(Chapter) (Act) (SubSection)

AOIC Code
| 1 | 3 | 4 | 0 | 0 | 0 |

D/S Byrne /10885
(Complainants Signature)

16501 s kedzie Markham, il 60428
(Complainants Address)

708-232-4435
(Complainants Telephone)

STATE OF ILLINOIS } ss:
COOK COUNTY

D/S BYRNE #10885
(Complainants Name Printed or Typed)

The Complainant, being duly sworn on oath, deposes and says that he read the foregoing complaint by him subscribed and that the same is true.

D/S Byrne /10885
(Complainants Signature)

Subscribed and sworn before me on this 21st day of May, 2013

D. Brown /#__ 10384
(Judge's/Clerk's/Law Enforcement Officer's Signature) (Law Enforcement Officer's Badge Number)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED Judge _____
or
WARRANT ISSUED Bail set at: $1000.00 (10%) Judge's No.
or
BAIL SET AT: _____ Judge

Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CIRCUIT CLERK COPY

Ex-(3)

```
              IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS            Page 006

     PEOPLE OF THE STATE OF ILLINOIS

                     VS                    NUMBER 13600461701

     MILAN       KNOX

                  CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint
with the Clerk of the Circuit Court.
11/02/17 CONTINUANCE BY AGREEMENT                    12/08/17 0673
     FLAHERTY BRIAN K
12/08/17 CONTINUANCE BY AGREEMENT                    01/11/18 0673
     FLAHERTY BRIAN K
02/21/18 MOTION-GRANTED
     MTA GRANTED
     FLAHERTY BRIAN K
02/21/18 CONTINUANCE BY AGREEMENT                    05/07/18 0673
     FLAHERTY BRIAN K
05/07/18 MOTION DEFT - CONTINUANCE - MD              07/09/18 0673
     FLAHERTY BRIAN K
06/13/18 CASE ADVANCED                               06/13/18 0666
06/13/18 HEARING DATE ASSIGNED                       06/21/18 0673
     STATE S MOTION TO ADVANCE FILED
06/21/18 MOTION-GRANTED
     FLAHERTY BRIAN K
06/21/18 MOTION DEFT - CONTINUANCE - MD              07/09/18 0673
     FLAHERTY BRIAN K
06/21/18 BEHAVIOR CLINIC EXAM ORDERED                07/09/18 0673
     FLAHERTY BRIAN K
07/09/18 NOLLE PROSEQUI                              C002
     FLAHERTY BRIAN K
07/09/18 NOLLE PROSEQUI                              C003
     FLAHERTY BRIAN K
```

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 12/31/18

*Dorothy Brown* (signature)
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Ex-(4)